# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:07-cv-00565-OWW-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (Doc. 1.) |
| v. | |
| FRESURA, et al., | |
| Defendants. | |
| | OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS |

Plaintiff Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 12, 2007. (Doc. 1.)

On December 15, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.10.) On January 15, 2009, plaintiff requested an extension of time to file an amended complaint, and on January 22, 2009, the court granted plaintiff an additional thirty days. (Doc. 12.) To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

---

[1] On February 10, 2009, the United States Postal Service returned the court's order as undeliverable, with a notation "Inmate Refused, Chrono on File."

1   Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned
2   HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure
3   to state any claims upon which relief may be granted under section 1983.
4   These Findings and Recommendations will be submitted to the United States District Judge
5   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
6   **days** after being served with these Findings and Recommendations, Plaintiff may file written
7   objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
8   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
10  1153 (9th Cir. 1991).

12  IT IS SO ORDERED.
13  **Dated:   March 6, 2009**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE